FILED

11/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0075

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0075

FILED

NOV 0 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                                          O R D E R

ANTHONY WEIMER,

Defendant and Appellant.

---

Appellant Anthony Weimer has filed a petition for rehearing of this Court's October 12, 2021 Opinion reversing Weimer's conviction and remanding the case for a new trial. *State v. Weimer*, 2021 MT 266N. Appellee objects to the petition.

Under M. R. App. P. 20, this Court seldom grants petitions for rehearing. The rule makes clear that this Court will entertain a petition for rehearing on very limited grounds. This Court will consider a petition for rehearing only if the opinion "overlooked some fact material to the decision," if the opinion missed a question presented by a party that would have decided the case, or if our decision "conflicts with a statute or controlling decision not addressed" by the Court. M. R. App. P. 20.

Having fully considered Appellant's petition and the response, the Court concludes Weimer has not established grounds for rehearing under Rule 20 and rehearing is not warranted.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide copies of this Order to all parties and counsel of record.

Dated this ___ day of November, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices